UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) Mag. No. 1:14-MJ-93 |
| CURTIS ROSS STEELE | ) |
| YERHEL A. CABALLERO-MEJIA | ) |

MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing was held in this action on April 7, 2014. Those present at the hearing included:

(1) An Assistant United States Attorney for the Government.
(2) The Defendants.
(3) Attorneys Brandon Raulston and Steven Moore for defendants.

Upon being sworn, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

The defendants acknowledged they had received a copy of the Criminal Complaint. It was determined defendants were able to understand the proceedings.

The AUSA moved the court for an order detaining the defendants. The defendants waived their detention hearing.

Preliminary Hearing - Proof

The AUSA called TBI Agent Mark Delaney as a witness. He testified to the facts outlined in the Affidavit attached to the Criminal Complaint.

Findings

Having heard and considered the testimony of Agent Delaney during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been a violation of 21 U.S.C. §§ 846 and 831(b)(1)(A), conspiring to distribute and possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, committed in the Eastern

District of Tennessee.

(2) There is probable cause to believe the defendants committed the aforesaid offenses.

Conclusions

It is therefore ORDERED:

(1) Defendant Steele is DETAINED, and Defendant Mejia shall remain on bond under conditions of release imposed on April 2, 2014.

(2) The defendants' next appearance shall be before a U.S. Magistrate Judge at **3:00 p.m. on Wednesday, April 23, 2014.**

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE